UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA :

VS. : CR 117-35

DWAYNE OSWALD FULTON :

AFFIDAVIT

NOW COMES the above-stated defendant, and gives this affidavit stating that the address set forth in the above referenced case will constitute a valid mailing address for service and notice of all court proceedings, appearing dates, and all pleadings.

The affiant also agrees that she/he will immediately notify the Clerk's office for the Southern District of Georgia of any change in the address stated on the appearance bond, and further agrees that notice sent to this address will constitute valid service of notice of proceedings in the event that she/he moves without notifying the Clerk's office by an acceptable writing of a new address.

This  11th  day of  July , 2017.

_FULTON, DWAYNE O._
Defendant

_499 KnobHill Court West_
Address

_Evans, GA 30809_
City, State, Zip Code

_Cell 706-495-1804_
Home Phone Number

_N/A_
Work Phone Number

Sworn to and subscribed before me
this 11th day of   July  , 2017.

_Unyaw A. Akins_