IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 1:17-cr-00035-DHB-BKE |
| | ) | |
| VS. | ) | |
| | ) | |
| DWAYNE O. FULTON, | ) | |
| | ) | |
| DEFENDANT | ) | |

## **CONFERENCE CALL TO MS. BHATIA**

Subsequent to the hearing on January 23, 2018, the undersigned attorney for the Defendant met with the Defendant and at approximately 2:50PM on January 23, 2018, was able to make a call to Ms. Bhatia, an individual with whom the Defendant is currently employed. The undersigned was able to contact the Probation Officer, Mr. Enoch Eller, and placed Mr. Eller on said call and conversation with Ms. Bhatia. During the conversation, Mr. Eller was able to ask various questions of Ms. Bhatia about the employment of the Defendant.

The undersigned has furnished the email address and telephone numbers of Ms. Bhatia to Mr. Enoch Eller of the United States Probation Office and the undersigned, if there is any difficulty in the future in obtaining a response from Ms. Bhatia by any official of the United States of America or the U. S. Probation Office, will assist in making sure that communication is had so that the Probation Officer can be kept apprised concerning the status of Mr. Dwayne Fulton's employment.

This 26th day of January, 2018.

                                                  **/s/ *JOHN B. LONG***
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200
Attorney for Defendant

OF COUNSEL:

TUCKER LONG, P.C.
P. O. BOX 2426
453 GREENE STREET
AUGUSTA, GA  30903
(706) 722-0771
(706) 722-7028 Fax

**CERTIFICATE OF SERVICE**

This is to certify that on the 26th day of January, 2018, the foregoing was filed with the Clerk of Court in accordance with ECF rules using the CM/ECF system and was served electronically upon counsel for the other parties and by placing a copy of same in the United States Mail with adequate postage thereon, properly addressed to:

Mr. Enoch Eller, Jr.
U. S. Probation Officer
Federal Justice Center
600 James Brown Blvd., 3rd Floor
Augusta, GA 30901

Brian T. Rafferty, Esq.
Assistant United States Attorney
Criminal Division Chief
United States Attorney's Office
Southern District of Georgia
22 Barnard Street, 3rd Floor
Savannah, GA 31401

*/s/ John B. Long*
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200
Attorney for Defendant