IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:17-CR-00035 |
| | ) | |
| DWAYNE FULTON | ) | |

## ORDER

For good cause shown, it is hereby ORDERED that the Motion for Downward Departure of Sentence, ~~as well as~~ is filed. Motion to Seal is Denied. ~~this Motion and Order to Seal are SEALED until further Order of this Court~~.

So ORDERED this 23rd day of May 2018

HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA