IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 117-035 |
| | * | |
| DWAYNE OSWALD FULTON | * | |

O R D E R

Before the Court in this criminal matter is a motion for return of bond filed by Defendant Dwayne Oswald Fulton. On July 11, 2017, this Court allowed Fulton to be released prior to trial on a $50,000 bond secured by $5,000 cash. Fulton posted his own bond in the amount of $5,000.

On November 13, 2017, Fulton pleaded guilty to a conspiracy charge and was subsequently sentenced to 60 months in prison followed by three years of supervised release. Fulton was also ordered to pay a $100 special assessment and a $50,000 fine. As of this date, Fulton still owes the United States Government $50,100.

Upon consideration of the present motion, it appears that Fulton complied with the terms and conditions of his pre-trial release. Accordingly, the $50,000 bond is hereby exonerated. However, pursuant to 28 U.S.C. § 2044, and upon motion of the Government (filed on August 8, 2018), the Court hereby **ORDERS**

that the Clerk of Court apply the $5,000 currently on deposit in the Court's Registry, plus all accrued interest, to the outstanding financial obligations arising out of the criminal judgment in this case. The Clerk is directed to **TERMINATE** Fulton's motion for return of bond (doc. no. 121).

**ORDER ENTERED** at Augusta, Georgia, this \_\_\_16th\_\_\_ day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE