IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA      *
                              *
        v.                    *       CR 117-035-3
                              *
DWAYNE OSWALD FULTON           *

O R D E R

Before the Court in the captioned case is Defendant Dwayne Oswald Fulton's motion to terminate the remainder of his supervised release. Fulton pled guilty to the offense of conspiracy to commit wire fraud, bribery, false statement, and obstruction of justice. Pursuant to his plea agreement, the Court sentenced Fulton to serve sixty months imprisonment and three years of supervised release on May 23, 2018. After serving 27 months of his sentence, he was compassionately released to a residential reentry center ("RRC") in Augusta, Georgia. Fulton came under the supervision of the United States Probation Office of this district upon his release from the RRC on January 13, 2022.

Presently, Fulton requests that the remaining term of supervised release be terminated. While Fulton has complied with all conditions of his supervised release to date, both the Government and Fulton's supervising probation officer oppose his motion because he has only served just over one year of supervised

release.   It  should  also  be  mentioned  that  Fulton's  term  of
incarceration  was  favorably  affected  by  his  plea  agreement  and
shortened by the grant of compassionate release.

Upon  due  consideration,  I  find  that  terminating  Fulton's
supervised  release  at  this  time  is  simply  premature.   Accordingly,
**IT IS ORDERED** that the motion for early termination (doc. no. 248)
is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this /0ᵗʰ day of April,
2023.

_____
UNITED STATES DISTRICT JUDGE